# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

ALEXANDER COURT GARDENS, LLC,

    Plaintiff,

vs.

    Case No.: 2:20-cv-617
    JUDGE GEORGE C. SMITH
    Magistrate Judge Vascura

DOMINIQUE BAIRD,

    Defendant.

## ORDER

On February 12, 2020, the United States Magistrate Judge issued an *Order and Report and Recommendation* recommending that Defendant's Motion for Leave to Proceed *In Forma Pauperis* be granted and that this matter be remanded to the Franklin County Municipal Court. Further, it was recommended that Plaintiff's Motion to Dismiss or, in the alternative, Motion to Remand be denied as moot. (Doc. 4). The parties were advised of their right to object to the *Order and Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Order and Report and Recommendation*.

The *Order and Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED.** This case is hereby **REMANDED** to the Franklin County Municipal Court for the reasons set forth in detail in the Magistrate Judge's *Order and Report and Recommendation*.

The Clerk shall remove Document 4 from the Court's pending motions list and remand this matter.

    **IT IS SO ORDERED**.

    */s/ George C. Smith*
    **GEORGE C. SMITH, JUDGE**
    **UNITED STATES DISTRICT COURT**